KARL S. HALL
Reno City Attorney
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar No. 10181
*Parkerh@reno.gov*
CHANDENI K. SENDALL
Deputy City Attorney
Nevada State Bar No. 12750
*sendallc@reno.gov*
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
*herbolsheimera@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendants City of Reno,
Jason D. Soto, and Reno Police Department*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| APRYL MCELROY and JESSICA TROUP, <br><br> Plaintiffs, <br><br> vs. <br><br> RENO POLICE SERGEANT PAUL D. SIFRE (RET.), an individual and in his capacity as an employee of CITY OF RENO; RENO CHIEF OF POLICE JASON D. SOTO (RET.), an individual and in his capacity as an employee of CITY OF RENO; CITY OF RENO, a municipal corporation organized and existing under the laws of the state of Nevada, and its division the CITY OF RENO POLICE DEPARTMENT, a Nevada law enforcement agency, and Does 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 3:23-cv-00451-ART-CSD <br><br> **STIPULATION AND ORDER TO CORRECT REBUTTAL EXPERT DEADLINE** |

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-1-

On April 23, 2024, pursuant to Local Rules ("LR") IA 6-1 and 26-3, the parties filed a *Stipulation and [Proposed] Order to Extend Discovery Deadlines* (ECF No. 30). An Order granting the Stipulation was entered on April 23, 2024 (ECF No. 31). The parties wish to correct a typographical error in the Order. The rebuttal expert deadline in the Order was set for Tuesday, October 15, 2024, but should have been set for Monday, September 16, 2024 (32 days after the expert witness disclosures deadline currently set for August 15, 2024).

Therefore, the parties stipulate that the rebuttal expert deadline be re-set for **Monday, September 16, 2024**.

DATED this 31st day of July, 2024.                    DATED this 31st day of July, 2024.

By: /s/ Jack D. Campbell                                       By: /s/ Holly S. Parker
JACK D. CAMPBELL                                              Reno City Attorney's Office
Attorney at Law                                                        Holly S. Parker, Deputy City Attorney
Nevada State Bar #4938                                        Nevada State Bar #10181
418 River Flow Ct.                                                  1 E. 1st Street, 3rd Floor
Reno, Nevada 89523                                              Reno, Nevada 89501
*Attorney for Plaintiffs*                                          *Attorneys for Defendants City of Reno, Jason D. Soto and Reno Police Department*

DATED this 31st day of July, 2024.

By: /s/ Ronald J. Dreher
Ronald J. Dreher, Esq.
PO Box 6494
Reno, Nevada 89513
*Attorney for Paul D. Sifre*

IT IS SO ORDERED.

Dated this  1st  day of  August , 2024.

_____
UNITED STATES MAGISTRATE JUDGE