KARL S. HALL
Reno City Attorney
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar No. 10181
*Parkerh@reno.gov*
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
*herbolsheimera@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendant City of Reno*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| APRYL MCELROY and JESSICA TROUP, <br><br> Plaintiffs, <br><br> vs. <br><br> RENO POLICE SERGEANT PAUL D. SIFRE (RET.), an individual and in his capacity as an employee of CITY OF RENO; RENO CHIEF OF POLICE JASON D. SOTO (RET.), an individual and in his capacity as an employee of CITY OF RENO; CITY OF RENO, a municipal corporation organized and existing under the laws of the state of Nevada, and its division the CITY OF RENO POLICE DEPARTMENT, a Nevada law enforcement agency, and Does 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 3:23-cv-00451-ART-CSD <br><br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a), Plaintiffs Apryl McElroy and Jessica Troup, and Defendant City of Reno (hereinafter "City"), by and through their undersigned counsel of record, hereby stipulate and agree that this action and all claims contained in Plaintiff's *First Amended*

Reno City
Attorney
P.O. Box 1900
Reno, NV 89505

-1-

*Complaint* (ECF No. 12), be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 30th day of January, 2026.

By:  */s/ Jack D. Campbell*
JACK D. CAMPBELL
Attorney at Law
Nevada State Bar #4938
418 River Flow Ct.
Reno, Nevada 89523
*Attorney for Plaintiffs*

DATED this 30th day of January, 2026.

By:  */s/ Holly S. Parker*
Reno City Attorney's Office
Holly S. Parker
Deputy City Attorney
Nevada State Bar #10181
Alice K. Herbolsheimer
Nevada State Bar #6389
Deputy City Attorney
1 E. 1st Street, 3rd Floor
Reno, Nevada 89501
*Attorneys for Defendant City of Reno*

**ORDER**

**IT IS SO ORDERED.**

Dated this <u>30th</u> day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 5-1, I certify that I am an employee of the Reno City Attorney's Office, and that on this date, I am serving the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the party(s) set forth below by:


   X          CM/ECF electronic service, addressed as follows:


Jack D. Campbell, Esq.
418 River Flow Ct.
Reno, NV 89523
*Attorney for Plaintiffs*


DATED this 30th day of January, 2026.


By:   /s/  Jeanette Sparks
Jeanette Sparks
Legal Assistant

Reno City
Attorney
P.O. Box 1900
Reno, NV 89505

-3-